UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 19-CV-13763 |
| ATTENTIVE HOSPICE METAIRIE, LLC | * | JUDGE |
| | * | MAG. |

## COMPLAINT

**NOW INTO COURT,** through the undersigned Assistant United States Attorney, comes plaintiff, the United States of America, and respectfully submits its complaint against defendant, Attentive Hospice Metairie, LLC, and hereby alleges the following.

### Parties, Jurisdiction, and Venue

1.

Plaintiff is the United States of America proceeding in its sovereign capacity.

2.

Made defendant is Attentive Hospice Metairie, LLC, a Louisiana limited liability company domiciled at 124 Commerce Street, Hammond Louisiana 70403 in the Parish of Tangipahoa.

3.

Jurisdiction is proper under 28 U.S.C. § 1345, 42 U.S.C. § 1395y(b), and 42 C.F.R. §§ 411.20, *et seq*.

4.

Venue is proper in this judicial district under 28 U.S.C. § 1391(b) since defendant is domiciled in this judicial district.

**Facts**

5.

Defendant, Attentive Hospice Metairie, LLC, received Medicare benefits for hospice patients that resulted in overpayments and being in excess of the annual cap.

6.

Under federal law, Attentive Hospice Metairie, LLC is responsible for the Medicare benefits received in excess of the annual cap and medical service for a beneficiary. 42 U.S.C. § 418.309; 42 U.S.C. § 405, *et seq.*

7.

The United States, acting through the U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services (CMS), disbursed Medicare hospice funds to Attentive Hospice Metairie, LLC for inpatient days (general and respite) for Medicare patients for the year 2015. *See* Exhibit 1 (COI - 1). After a completed review, CMS determined that Medicare hospice funds exceeded the annual cap resulting in a Medicare benefits overpayment for the year ending October 31, 2015.

8.

On September 15, 2016, CMS sent a demand letter to Attentive Hospice Metairie, LLC requesting repayment for the overpayment of Medicare funds for the hospice annual cap. CMS advised that simple interest at the rate of 9.625% would accrue on the unpaid balance of the overpayment beginning on the 31st day. Interest is calculated in 30-day periods and is assessed for each full 30-day period that payment is not made on time. Attentive Hospice Metairie, LLC failed to make payment and owes $76,379.08 in principal and $20,711.65 in interest up to October 4, 2019. *Id.* Interest continues to accrue at 9.625% until the date of final judgment. *Id.*

9.

Further, CMS also overpaid Medicare hospice benefits on behalf of one beneficiary between January and April 2016. *See* Exhibit 2 (COI - 2). This payment was made in error due to Attentive Hospice Metairie, LLC not following correct Medicare filing procedures.

10.

On September 7, 2017, CMS sent a demand letter to Attentive Hospice Metairie, LLC requesting repayment of the Medicare payment made in error. CMS advised that, if payment was not made in full in 30 days from the date of the letter, simple interest at the rate of 10.125% would accrue on the unpaid balance of the overpayment beginning on the 31st day. Interest is calculated in 30-day periods and is assessed for each full 30-day that payment is not made on time. Attentive Hospice Metairie, LLC failed to make payment and owes $9,320.09 in principal and $1,882.57 in interest up to October 4, 2019. *Id*. Interest continues to accrue at 10.125% until the date of final judgment. *Id*.

11.

Further, CMS overpaid Medicare hospice benefits on behalf of one beneficiary between December 2015 and February 2016. *See* Exhibit 3 (COI – 3). These payments were made in error due to Attentive Hospice Metairie, LLC not following correct Medicare filing procedures.

12.

On September 20, 2017, CMS sent a demand letter to Attentive Hospice Metairie, LLC requesting repayment of the Medicare payment made in error. CMS advised that, if payment not made in full in 30 days from the date of the letter, simple interest at the rate of 10.125% would

accrue on the unpaid balance of the overpayment. Attentive Hospice Metairie, LLC failed to make payment and owes $10,290.16 in principal and $2,058.52 in interest up to October 4, 2019. *Id*. Interest continues to accrue at 10.125% until the date of final judgment. *Id*.

13.

Further, CMS disbursed Medicare hospice funds to Attentive Hospice Metairie, LLC for inpatient days (general and respite) for Medicare patients for the year 2015. *See* Exhibit 4 (COI – 4). After a revised review, CMS determined that Attentive Hospice Metairie, LLC owed an additional amount to the overpayment of Medicare benefits for the year ending October 31, 2015.

14.

On September 26, 2017, CMS sent a demand letter to Attentive Hospice Metairie, LLC requesting repayment for the additional overpayment amount of Medicare funds for the hospice cap. CMS advised that simple interest at the rate of 10.125% would accrue on the unpaid balance of the overpayment beginning on the 31st day. Interest is calculated in 30-day periods and is assessed for each full 30-day period that payment is not made on time. Attentive Hospice Metairie, LLC failed to make payment and owes $41,861.00 in principal and $7,429.99 in interest up to October 4, 2019. *Id*. Interest continues to accrue at 10.125% until date of judgment. *Id*.

**Cause of Action**

15.

As the responsible party for hospice care, Attentive Metairie Hospice, LLC has a duty to reimburse the United States for the overpaid Medicare hospice funds.

16.

As set forth in Exhibit 1 (COI – 1), Attentive Hospice Metairie, LLC is indebted to the United States in the total amount of $97,090.73, which sum includes: $76,379.08 in principal, plus interest accrued through October 4, 2019 in the amount of $20,711.65. Interest continues to accrue on the principal amount at the rate of 9.62% per 30-day period.

17.

As set forth in Exhibit 2 (COI – 2), Attentive Hospice Metairie, LLC is indebted to the United States in the total amount of $11,202.66, which sum includes: $9,320.09 in principal, plus interest accrued through October 4, 2019 in the amount of $1,882.57. Interest continues to accrue on the principal amount at the rate of 10.13% per 30-day period.

18

As set forth in Exhibit 3 (COI – 3), Attentive Hospice Metairie, LLC is indebted to the United States in the total amount of $12,348.68, which sum includes: $10,290.16 in principal, plus interest accrued through October 4, 2019 in the amount of $2,058.52. Interest continues to accrue on the principal amount at the rate of 10.13% per 30-day period.

19.

As set forth in Exhibit 4 (COI – 4), Attentive Hospice Metairie, LLC is indebted to the United States in the total amount of $49,290.99, which sum includes: $41,861.00 in principal, plus interest accrued through October 4, 2019 in the amount of $7,429.99.   Interest continues to accrue on the principal amount at the rate of 10.13% per 30-day period.

**WHEREFORE**, the United States prays that its complaint be deemed good and sufficient and that, after due proceedings, that there be judgment in its favor and against Attentive Hospice Metairie, LLC awarding:

1) the amount of $169,933.06, plus interest from October 4, 2019 to the date of judgment;

2) the costs of these proceedings;

2) post-judgment interest; and

3) any further relief the Court deems proper.

                                                        Respectfully submitted,

                                                        PETER G. STRASSER
                                                        UNITED STATES ATTORNEY

                                                        *s/ Brock D. Dupre*
                                                        BROCK D. DUPRE
                                                        Assistant United States Attorney
                                                        LA Bar Roll No. 28563
                                                        U.S. Attorney's Office (E.D. La.)
                                                        650 Poydras Street, Suite 1600
                                                        New Orleans, Louisiana 70130-7212
                                                        Telephone: (504) 680-3000
                                                        Email:   Brock.Dupre@usdoj.gov

**United States will send request for waiver of service to:**

**ATTENTIVE HOSPICE METAIRIE, LLC**
**Through its registered agent and Manager**
**John V. Barton**
**124 Commerce Street**
**Hammond, LA 70403**

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
ATTENTIVE HOSPICE METAIRIE, L.L.C.

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Tangipahoa
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
AUSA Brock D. Dupre (#28563), U.S. Attorney's Office
650 Poydras St., Ste. 1600, New Orleans, LA 70130
Tel: (504) 680-3005

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☒ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | / ☐ 530 General | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S. Code § 3001

Brief description of cause:
Recovery of debt owed to the United States

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions) JUDGE _____ DOCKET NUMBER _____

DATE: 10/04/2019

SIGNATURE OF ATTORNEY OF RECORD: s/ Brock D. Dupre

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____



**DEPARTMENT OF THE TREASURY**
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

# ACTING ON BEHALF OF
## U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services
### CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Attentive Hospice Metairie, L.L.C.
124 Commerce Street
Hammond, LA 70403

Treasury Claim # TRFM5620449

Total debt due United States as of October 4, 2019:
Principal: $76,379.08
Interest (@9.62%): $20,711.65
TOTAL: $97,090.73

The claim arose in connection with debtor's September 2016 failure to repay a Medicare benefits overpayment owed to the U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services (CMS), which stemmed from a CMS determination that disbursed Medicare hospice funds had exceeded the annual cap, established at 42 U.S.C. 418.309, for the year ended October 31, 2015.

CERTIFICATION: Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services.

Date: 10/4/2019

Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service


GOVERNMENT EXHIBIT 1



**DEPARTMENT OF THE TREASURY**
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

## ACTING ON BEHALF OF
## U.S. Department of Health and Human Services,
## Centers for Medicare and Medicaid Services
## CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and
Address(es):

Attentive Hospice Metairie, L.L.C.
124 Commerce Street
Hammond, LA 70403

Treasury Claim # TRFM7297731

Total debt due United States as of October 4, 2019:
        Principal: $9,320.09
   Interest (@10.13%): $1,882.57
          TOTAL: $11,202.66

The claim arose in connection with debtor's September 2017 failure to repay a Medicare benefits overpayment owed to the U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services (CMS), which stemmed from a CMS determination that disbursed Medicare hospice benefits disbursed on behalf of one beneficiary between January and April 2016 were in excess of standards set by 42 U.S.C. 405, et seq..

CERTIFICATION: Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services.

Date: 10/4/2019

Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



GOVERNMENT EXHIBIT 2



**DEPARTMENT OF THE TREASURY**
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

## ACTING ON BEHALF OF
## U.S. Department of Health and Human Services,
## Centers for Medicare and Medicaid Services
## CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and
Address(es):

Attentive Hospice Metairie, L.L.C.
124 Commerce Street
Hammond, LA 70403

Treasury Claim # TRFM7297895

Total debt due United States as of October 4, 2019:
        Principal: $10,290.16
  Interest (@10.13%): $ 2,058.52
        TOTAL: $12,348.68

The claim arose in connection with debtor's September 2017 failure to repay a Medicare benefits overpayment owed to the U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services (CMS), which stemmed from a CMS determination that disbursed Medicare hospice benefits disbursed on behalf of one beneficiary between December 2015 and February 2016 were in excess of standards set by 42 U.S.C. 405, et seq..

CERTIFICATION: Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services.

Date: 10/4/2019

Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



GOVERNMENT EXHIBIT 3



**DEPARTMENT OF THE TREASURY**
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

## ACTING ON BEHALF OF
## U.S. Department of Health and Human Services,
## Centers for Medicare and Medicaid Services
## CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and
Address(es):

Attentive Hospice Metairie, L.L.C
124 Commerce Street
Hammond, LA 70403

Treasury Claim # TRFM7421849

Total debt due United States as of October 4, 2019:
   Principal: $41,861.00
Interest (@10.13%): $ 7,429.99
   TOTAL: $49,290.99

The claim arose in connection with debtor's September 2017 failure to repay a Medicare benefits overpayment owed to the U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services (CMS), which stemmed from a CMS determination that disbursed Medicare hospice benefits had exceeded the annual cap, established at 42 U.S.C. 418.309.

CERTIFICATION: Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services.

Date: 10/4/2019

Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service

GOVERNMENT EXHIBIT 4